IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-02473-LTB

MARK WALTER PAULSEN,

    Plaintiff,

v.

JEFFERSON COUNTY SHERIFF'S DEPARTMENT,
JEFFERSON COUNTY JAIL, Holding Facility,
SHERIFF JEFF SHRADER,
JEFFERSON COUNTY JAIL, Administration Department,
MIKE COLLINS, Classification and Movement Officer at JCJ,
COLORADO DEPARTMENT OF CORRECTIONS, Buena Vista Correctional Facility,
BUENA VISTA CORRECTIONAL FACILITY ADMINISTATIVE INTAKE,
RICK RAEMISCH, Executive Director, and
JASON LINGRICH, WARDEN, BVCF,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

On December 22, 2017, Plaintiff filed a Motion for Leave to Proceed In Forma Pauperis to Appellate Procedure Rule 24. The Motion is denied as moot. This case was dismissed on November 27, 2017. In the Order of Dismissal, ECF No. 5, the Court denied Plaintiff leave to proceed pursuant to 28 U.S.C. § 1915 on appeal.

Dated: December 24, 2017